# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0450
Lower Tribunal No. 12-26939
_____


**Sheela Joseph and Joseph Lukose,**
Appellants,

vs.

**HSBC Bank, N.A., etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Neustein Law Group, P.A., and Nicole R. Moskowitz, for appellants.

McGuireWoods LLP, and Sara F. Holladay and Emily Y. Rottmann and Kathleen D. Kilbride (Jacksonville), for appellee.


Before FERNANDEZ, C.J., and EMAS and LOBREE, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d

1150, 1152 (Fla. 1979).